UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| IN RE: | § | CHAPTER 13 |
|---|---|---|
| | § | |
| LISA JEAN BUNKER | § | |
| | § | CASE NO. 19-52396-RBK |
| DEBTOR | § | |

## BEXAR COUNTY'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

TO THE HONORABLE COURT:

Now comes Bexar County and files this Objection to Confirmation of Debtor's Chapter 13 Plan ("Plan") dated October 22, 2019, and support thereof would respectfully show the Court as follows:

1. Bexar County is the holder of a claim in the amount of $2,113.82 for year 2019 ad valorem taxes on the Debtor's real property located at 1215 Pasadena (tax account number 07155-021-0170) situated in the City of San Antonio, Bexar County, Texas. This claim is secured by liens on the property pursuant to sections 32.01 and 32.05 of the Texas Property Tax Code.

2. The Debtor's Chapter 13 Plan does not adequately provide for the claim of Bexar County in that the Plan fails to treat the tax claim in its entirety.

3. As an over secured creditor, Bexar County is entitled to interest on its claim from the petition date. U.S. v. Ron Pair Enterprises, 489 U.S. 235 (1989). Bankruptcy Code Section 1325(a)(5)(B)(ii) requires that the payments to secured creditors have a "present value" equal to creditors' allowed secured claims. Bexar County should be allowed interest from the petition date through the date of final payment at the statutory rate of 12% per annum. See 11 U.S.C. §511.

WHEREFORE, based on the foregoing, Bexar County respectfully requests the Court enter an Order denying confirmation of the Debtor's Plan unless and until the Debtor amends its Plan to provide for the claim of Bexar County in the amount of $2,113.82 to be paid through the Plan pro-rata with interest accruing at the rate of 12% per annum or to be paid direct and for such other relief to which it is entitled.

Respectfully submitted,

**LINEBARGER GOGGAN BLAIR & SAMPSON, LLP**
711 Navarro, Suite 300
San Antonio, TX 78205
(210) 225-6763 – Telephone
(210) 225-6410 – Fax

By:    /s/ Bradley S. Balderrama
       David G. Aelvoet (SBN 00786959)
       Don Stecker (SBN 19095300)
       Bradley S. Balderrama (SBN 24040464)
       Attorney for Bexar County

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of *Bexar County's Objection to Confirmation of Debtor's Chapter 13 Plan* was served this 8th day of November, 2019, by Electronic Filing and/or by First Class Mail upon the following:

Debtor:
    Lisa Jean Bunker
    1215 Pasadena Street
    San Antonio, TX 78201

Attorney for Debtor:
    Nicholas M. Wajda
    Wajda & Associates, APC
    5430 Lyndon B. Johnson Fwy.
    Suite 1200
    Dallas, TX 75206

Chapter 13 Trustee:
    Mary K. Viegelahn
    10500 Heritage Blvd., Suite 201
    San Antonio, TX 78216

                                                            /s/ Bradley S. Balderrama
                                                            David G. Aelvoet
                                                            Don Stecker
                                                            Bradley S. Balderrama